# TOGUT, SEGAL & SEGAL LLP

ONE PENN PLAZA, SUITE 3335
NEW YORK, NEW YORK 10119

———

(212) 594-5000

———

EBLANDER@TEAMTOGUT.COM

February 6, 2026

**<u>VIA ECF</u>**
Vito Genna, Clerk of Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re:    *In re Laura Christy Midtown, LLC*,
<u>Case No. 23-22845 (SHL) (Bankr. S.D.N.Y.)</u>

Dear Mr. Genna:

We are attorneys for Albert Togut, as Chapter 7 Trustee (the "<u>Trustee</u>") of the estate of Laura Christy Midtown LLC (the "<u>Debtor</u>") in its bankruptcy case in the Bankruptcy Court for the Southern District of New York, Case No. 23-22845-SHL (the "<u>Bankruptcy Case</u>").

We write to provide a short summary and status update regarding the Bankruptcy Case.  Prior to the Petition Date, the Debtor operated an Italian restaurant named Valbella Midtown located at 11 E 53rd St, New York City, NY 10022.  The Debtor's owner and sole member, David Ghatanfard (the "<u>DG Debtor</u>"), is also a debtor in a related Chapter 7 case, Case No. 23-22840-SHL (the "<u>DG Case</u>"), in which Yann Geron serves as trustee (the "<u>DG Trustee</u>" and together with the Trustee, the "<u>Trustees</u>").  Both the Bankruptcy Case and the DG Case were initially filed as Chapter 11 cases but were each converted to a Chapter 7 case by order dated April 11, 2024 (the "<u>Conversion Date</u>").

The Debtor and the DG Debtor are co-defendants in a pre-petition wage and hour class action in the District Court for the Southern District of New York titled *Zivkovic v. Laura Christy LLC, et al.*, 17 CV 553 (S.D.N.Y.) (the "<u>Class Action Claim</u>"), which resulted in a pre-petition judgment of approximately $5 million, plus interest, fees and costs following a jury trial.  The Debtor and the DG Debtor are also co-defendants in a related pre-petition action commenced by a former employee (the "<u>Employee Claim</u>" and together with the Class Action Claim, the "<u>Labor Claims</u>").  Proofs of claim were filed in both the Bankruptcy Case and the DG Case on account of the Labor Claims (the "<u>Labor Proofs of Claim</u>").  Prior to the Conversion Date, the Debtor filed objections to the Labor Proofs of Claim filed in the Bankruptcy Case [Docket No. 53] and the DG Debtor filed objections to the Labor Proofs of Claim filed in the DG Case (together, the "<u>Claim Objections</u>").

Togut, Segal & Segal LLP

February 6, 2026
Page 2

By order dated October 21, 2025, the Court entered an Order [Docket No. 113] authorizing the Trustee to employ Joseph & Kirschenbaum LLP ("J&K") as his special counsel to pursue a successor liability claims in an action (the "Successor Liability Action") against Valbella at the Park, LLC ("VATP") pending in the District Court for the Southern District of New York.

On November 13, 2025, the DG Trustee commenced an adversary proceeding, Adv. Pro. No. 25- 07032-shl (the "Adversary Proceeding"), against affiliates of the DG Debtor (the "DG Affiliates") to recover alleged fraudulent transfers made by the DG Debtor to the DG Affiliates.

On December 12, 2025, the Trustees filed a Notice of Presentment of a Joint Stipulation between the Trustees modifying the automatic stay to permit the Class Action to be finally adjudicated in the District Court [Docket No. 115] (the "Joint Stipulation"). On December 26, 2025, VATP and the DG Affiliates (together, the "Defendant Parties") filed an objection to entry of the Joint Stipulation [Docket No. 121].

Following extensive discussions since the Conversion Date, the Trustees and the Defendant Parties have reached an agreement in principle that will resolve all claims by and among the parties, including the Successor Liability Action, the Adversary Proceeding, and the Claim Objections. The parties are drafting a global settlement agreement that we hope to present to the Court for approval in the near future.

The hearings on the Claim Objections and the Joint Stipulation are currently scheduled for **March 10, 2026, at 10:00 a.m.** [Docket Nos. 123, 124].

Respectfully submitted,

TOGUT, SEGAL & SEGAL LLP
By:

/s/ *Eitan Blander*
Eitan Blander

cc:    Albert Togut, Esq.
       Mark Bruh, Esq.
       Neil Berger, Esq.
       Brian F. Moore, Esq.
       Yann Geron, Esq.
       Nicole N. Santucci, Esq.
       Anne Penachio, Esq.
       Kevin Harrington, Esq.
       Ilana Volkov, Esq.
       Joseph Nussbaum, Esq.
       Daniel S. Alter, Esq.