**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| LAURA CHRISTY MIDTOWN LLC, | Case No. 23-22845 (SAB) |
| Debtor. | |

# SCHEDULING ORDER

**ORDERED**, that upon the request of the parties, the March 10, 2026 hearing addressing (i) the *Debtor's Motion to Disallow Claims numbered 2 of Pavle Zivkovic as Class Plaintiff and Proof of Claim Numbered 3 of Pavle Zivkovic individually* (ECF No. 53) and (ii) the *Proposed Stipulation and Agreed Order Modifying the Automatic Stay to Allow Continuation of the Class Action for all Purposes, Including Entry of Final Judgment* (ECF No. 115), noticed at docket numbers 123 and 124 (the "Hearing"), is adjourned to a later date to be determined; and it is further

**ORDERED**, that a status conference shall be held in lieu of the Hearing to ensure efficient case management and to avoid unnecessary delay on **March 10, 2026, at 10:00 a.m. (prevailing Eastern Time)** via Zoom for Government (the "Status Conference");

**ORDERED**, that any adjournments of the Status Conference shall only be granted only upon a showing of good cause; and it is further

**ORDERED**, that all parties wishing to appear at the Status Conference must make an electronic appearance through the "eCourt Appearances" tab on the Court's website no later than 4:00 p.m. (prevailing Eastern Time) on the business day before the Status Conference (the "Appearance Deadline"). Following the Appearance Deadline, the Court will circulate by

email the Zoom for Government link for the status conference to those parties who have made an electronic appearance.

Date: March 6, 2026
      New York, New York

                                           /s/ Shireen A. Barday
                                           **HONORABLE SHIREEN A. BARDAY**
                                           **UNITED STATES BANKRUPTCY JUDGE**