Related to Ghatanfard DE 200 and 201
Related to LCM DE 133

GERON LEGAL ADVISORS LLC
*Attorneys for Yann Geron, Chapter 7 Trustee of the estate of Davoud Ghatanfard*
Yann Geron, Esq.
Nicole N. Santucci, Esq.
Alejandro J. Urquides, Esq.
370 Lexington Avenue, Suite 1208
New York, New York 10017
(646) 560-3224
ygeron@geronlegaladvisors.com
nsantucci@geronlegaladvisors.com
aurquides@geronlegaladvisors.com

TOGUT, SEGAL & SEGAL LLP
*Attorneys for Albert Togut, Chapter 7 Trustee of the estate of Laura Christy Midtown LLC*
Neil Berger, Esq.
Eitan E. Blander, Esq.
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
neilberger@teamtogut.com
eblander@teamtogut.com

**Hearing Date: June 16, 2026**
**Hearing Time: 11:00 a.m. (ET)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re:                                              :
                                                    :      Chapter 7
                                                    :      Case No. 23-22840 (SAB)
DAVOUD GHATANFARD a/k/a                              :
DAVID GHATANFARD,                                   :
                                                    :
                              Debtor.               :
-----------------------------------------------------------------x
In re:                                              :
                                                    :      Chapter 7
                                                    :      Case No. 23-22845 (SAB)
LAURA CHRISTY MIDTOWN LLC,                           :
                                                    :
                              Debtor.               :
-----------------------------------------------------------------x

```
-----------------------------------------------------------------x
YANN GERON, Chapter 7 Trustee of the Estate of  :
Davoud Ghatanfard a/k/a David Ghatanfard,        :
                                                 :
                    Plaintiff,                   :
                                                 :
-against-                                        :        Adv. Pro. No. 25- 07032 (SAB)
                                                 :
ROSEY KALAYJIAN and HAMPTONS                     :
CONSULTING SERVICES LLC,                         :
                                                 :
                    Defendants.                  :
-----------------------------------------------------------------x
```

**CERTIFICATE OF NO OBJECTION PURSUANT TO LOCAL RULE 9013-3 REGARDING TRUSTEES' JOINT APPLICATION FOR AN ORDER, PURSUANT TO BANKRUPTCY RULE 9019, AUTHORIZING AND APPROVING A SETTLEMENT <u>AGREEMENT</u>**

The undersigned hereby certifies that, as of the date hereof, no answers, responses, requests for a hearing or other responsive pleadings to joint application of the Ghatanfard Trustee[1] and the LCM Trustee for an order, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), approving a global settlement agreement, dated May 5, 2026, among the Trustees, on the one hand, and Ghatanfard, Kalayjian, HCS, and VATP, on the other hand (the "<u>Application</u>") [Ghatanfard DE 200 and 201; LCM DE 133], notice of which was filed and served by the Ghatanfard Trustee on May 19, 2026 [Ghatanfard DE 202 and 203] and the LCM Trustee on May 20, 2026 [LCM DE 134], have been received.

The undersigned further certifies that the Court's dockets in these cases have been reviewed and no answer, objection, response, request for a hearing or other responsive pleading to the Application appears thereon. Pursuant to the notice, responses were to be filed and served no later than June 9, 2026 (the "<u>Response Deadline</u>").

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning ascribed to them in the Application.

2

The undersigned is filing this Certificate of No Objection pursuant to Local Rule 9013-3

not less than 48 hours after the expiration of the Response Deadline.

It is hereby respectfully requested that an order granting the relief requested in the

Application be entered by the Court.

Dated: New York, New York
     June 12, 2026

GERON LEGAL ADVISORS LLC
*Attorneys for Yann Geron, Ghatanfard Trustee*

By: */s/ Yann Geron*
    Yann Geron, Esq.
    Nicole N. Santucci, Esq.
    Alejandro J. Urquides, Esq.
    370 Lexington Avenue, Suite 1208
    New York, New York 10017
    (646) 560-3224
    ygeron@geronlegaladvisors.com
    nsantucci@geronlegaladvisors.com
    aurquides@geronlegaladvisors.com

Dated: New York, New York
     June 12, 2026

TOGUT, SEGAL & SEGAL LLP
*Attorneys for Albert Togut, LCM Trustee*

By: */s/ Eitan E. Blander*
    Neil Berger, Esq.
    Eitan E. Blander, Esq.
    One Penn Plaza, Suite 3335
    New York, New York 10119
    (212) 594-5000
    neilberger@teamtogut.com
    eblander@teamtogut.com